UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
HAROLD EDMUND STONIER,                  )
                                        )
            Petitioner,                 )
                                        )
      v.                                )   Civil Action No. 09-0581 (PLF)
                                        )
LINDA SANDERS,                          )
                                        )
            Respondent.                 )
_____ )

ORDER

     For the reasons stated in the accompanying Memorandum Opinion, it is hereby

     ORDERED that this case is DISMISSED for lack of jurisdiction   This is a final

appealable Order.  *See* Rule 4(a), Fed. R. App. P.

     SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
DATE:  April 2, 2009                United States District Judge